# United States District Court

## EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION

| | | |
|---|---|---|
| DANNY JAN SEKOH, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **JUDGMENT IN A CIVIL CASE** |
| LINDA STRICKLEN SEKOH | ) | **CASE NO. 5:10-CV-251-D** |
| and SHANNON POORE, | ) | |
| Defendants | ) | |

**Decision by the Court:**

     **IT  IS ORDERED AND ADJUDGED** that plaintiff's complaint is dismissed for lack of subject-matter jurisdiction.

**THE ABOVE JUDGMENT WAS ENTERED TODAY**, <u>JULY 26, 2010</u> WITH A COPY  TO:

Danny Jan Sekoh (via United States Postal Service)


<u>July 26, 2010</u>                                                DENNIS P. IAVARONE, Clerk
Date                                                                Eastern District of North Carolina
                                                                    <u>/s/ Debby Sawyer_____</u>
_____                                                              (By) Deputy Clerk
Raleigh, North Carolina